**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| MILLENNIUM HEALTH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON SCHMITZ,<br><br>Defendant. | 26-CV-00133-M-KLD<br><br>**ORDER** |

Plaintiff Millennium Health, LLC has moved for admission of Daniel P. Hart to practice before this Court in this case with Patrick S. Coffey and Joe Noreña to act as local counsel. Mr. Hart's application appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Plaintiff's motion to allow Mr. Hart to appear in this Court (Doc. 5) is **GRANTED**, subject to the following conditions:

1. Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Hart must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Admission is personal to Mr. Hart, not the law firm he works for;

4. Mr. Hart shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Hart must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 4th day of September, 2026.

Kathleen L. DeSoto
United States Magistrate Judge