**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| MILLENNIUM HEALTH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON SCHMITZ,<br><br>Defendant. | 26-CV-00133-M-KLD<br><br><br><br>**ORDER** |

Plaintiff Millennium Health, LLC has moved for admission of Emily C. Kesler to practice before this Court in this case with Patrick S. Coffey and Joe Noreña to act as local counsel. Ms. Kesler's application appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Plaintiff's motion to allow Ms. Kesler to appear in this Court (Doc. 6) is **GRANTED**, subject to the following conditions:

1. Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Kesler must do her own work. She must do her own writing, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Admission is personal to Ms. Kesler, not the law firm she works for;

4. Ms. Kesler shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Ms. Kesler must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 4th day of September, 2026.

Kathleen L. DeSoto
United States Magistrate Judge